United States District Court
Northern District of California

1
2
3  UNITED STATES DISTRICT COURT
4  NORTHERN DISTRICT OF CALIFORNIA
5  SAN JOSE DIVISION
6
7  REYNALDO PEDREGON,            Case No. 14-cv-04679-BLF
        Plaintiff,
8
       v.                        **ORDER RE: PLAINTIFF'S MOTION
9                                BROUGHT PURSUANT TO 28 U.S.C. §
   USA,                          2255**
10
        Defendant.               [Re: ECF 1]
11
12
13      Before the Court is a Motion brought pursuant to 28 U.S.C. § 2255, attacking a sentence
14  imposed by a judge of this Court. Plaintiff, proceeding pro se, has filed with the Court a form in
15  which he states three grounds on which he contends his sentence imposed is invalid. *See* Mot. at 3.
16  In the following section, where the Plaintiff was to "[s]tate concisely and in the same order the
17  facts which support of the grounds," he wrote "SEE MEMORANDUM." *Id.* Plaintiff has not,
18  however, filed any such memorandum with the Court.
19      In the event that Plaintiff has in error failed to file a memorandum setting forth the facts
20  under which he believes he is entitled to relief, the Court HEREBY ORDERS Plaintiff to file,
21  within 21 days of the issue of this Order, an amended motion that includes a memorandum setting
22  forth facts in support of the relief he seeks. Such a motion must be filed with this Court no later
23  than December 23, 2014.
24      **IT IS SO ORDERED.**
25  Dated: December 2, 2014
26                              _____
27                              BETH LABSON FREEMAN
                                United States District Judge
28