1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

REYNALDO PEDREGON,

           Defendant-Petitioner,

    v.

UNITED STATES OF AMERICA,

           Plaintiff-Respondent.

Case No. 5:14-CV-04679-LHK

**ORDER EXTENDING DEADLINE FOR PETITIONER TO RESPOND**

On March 30, 2015, the Government filed a motion seeking an order from the Court waiving Petitioner's attorney-client privilege.  ECF No. 7.  On May 27, 2015, the Court filed an Order Requesting Petitioner to File a Statement of Opposition or Non-Opposition.  ECF No. 9.  In the Order, Petitioner was given 30 days to respond with a deadline of June 26, 2015.  The Clerk's Office failed to serve a copy of the Court's May 27, 2015 Order on the Petitioner.  Therefore, the Court extends the Petitioner's deadline to respond by 30 days.  Petitioner's response is now due by September 11, 2015.

By August 13, 2015, the Clerk's Office shall file a Certificate of Service showing service on the Petitioner for both ECF No. 9 and the Court's Order Extending Deadline for Petitioner to Respond.

1

Case No. 5:14-CV-04679-LHK
ORDER EXTENDING DEADLINE FOR PETITIONER TO RESPOND

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 5:14-CV-04679-LHK
ORDER EXTENDING DEADLINE FOR PETITIONER TO RESPOND