UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REYNALDO PEDREGON,<br><br>        Defendant-Petitioner,<br><br>  v.<br><br>USA,<br><br>        Plaintiff-Respondent. | Case No. 14-CV-04679-LHK<br>Case No. 09-CR-00586-LHK-1<br><br>**ORDER GRANTING MOTION FOR WAIVER OF ATTORNEY-CLIENT PRIVILEGE**<br><br>Dkt. No. 7 (No. 14-CV-04679-LHK)<br>Dkt. No. 62 (No. 09-CR-00586-LHK-1) |

      Petitioner Reynaldo Pedregon ("Petitioner") filed on October 20, 2014 a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion"). ECF No. 53.[1] Petitioner claimed in the § 2255 Motion that his pre-trial counsel, Manuel U. Araujo; trial counsel, Peter A. Leeming; and appellate counsel, Mark D. Eibert, provided him with ineffective assistance because: (1) counsel failed to challenge the laboratory analysis of the methamphetamine with which Petitioner was charged; (2) counsel failed to call exculpatory witnesses; (3) counsel failed to investigate; and (4) counsel failed to interview material witnesses. Petitioner subsequently filed a Memorandum of Fact and Law in support of the § 2255 Motion on December 29, 2014. ECF

---

[1] All docket citations in this Order refer to Case No. 09-CR-00586-LHK-1 unless otherwise noted.

1  No. 57.

2  On March 30, 2015, the United States filed a motion for waiver of Petitioner's attorney-client privilege in order to prepare a response to Petitioner's Motion. ECF No. 62. On May 27, 2015, this Court issued an Order Requesting Petitioner to File Statement of Opposition or Non-Opposition to the United States' motion. ECF No. 64.

Because the Clerk's Office failed to a serve a copy of the Court's May 27, 2015 Order on the Petitioner, this Court entered an order on August 12, 2015 which extended Petitioner's deadline to respond to the May 27, 2015 Order by 30 days, to September 11, 2015. Case No. 14-CV-04679-LHK, ECF No. 10. A certificate of service was filed on August 12, 2015. Case No. 14-CV-04679-LHK, ECF No. 11.

Petitioner has failed to respond to the United States' motion, and the deadline to respond has passed. After reviewing the United States' motion, the Court finds that Petitioner has waived the attorney-client privilege as to any matters encompassed by Petitioner's claims in Petitioner's § 2255 Motion. The United States' motion is therefore GRANTED. The Court hereby orders Petitioner's counsel Manuel U. Araujo, Peter A. Leeming, and Mark D. Eibert to furnish all information and documents related to Petitioner's claims in Petitioner's § 2255 Motion.

**IT IS SO ORDERED.**

Dated: October 16, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge