UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| REYNALDO PEDREGON,<br><br>    Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent. | Case No. 14-CV-04679-LHK<br>Case No. 09-CR-00586-LHK-1<br><br>**ORDER AFFIRMING OCTOBER 16, 2015 ORDER WAIVING ATTORNEY-CLIENT PRIVILEGE**<br><br>Dkt. Nos. 13, 15 (No. 14-CV-04679-LHK)[1] |

Petitioner Reynaldo Pedregon ("Petitioner") filed on October 20, 2014 a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion"). Case No. 09-CR-00586-LHK-1, ECF No. 53. Petitioner claimed in this motion that his pre-trial counsel, trial counsel, and appellate counsel had provided him with ineffective assistance because: (1) counsel had failed to challenge the laboratory analysis of the methamphetamine with which Petitioner was charged; (2) counsel had failed to call exculpatory witnesses; (3) counsel had failed to investigate; and (4) counsel had failed to interview material witnesses.

On March 30, 2015, Respondent filed a motion for waiver of Petitioner's attorney-client privilege in order to prepare a response to Petitioner's Motion. ECF No. 7. On May 27, 2015, the Court issued an Order Requesting Petitioner to File a Statement of Opposition or Non-Opposition

---

[1] All docket citations in this Order refer to Case No. 14-CV-04679-LHK unless otherwise noted.

to Respondent's motion. ECF No. 9. Petitioner was ordered to respond by September 11, 2015. ECF No. 10. On October 16, 2015, the Court observed that a response had not yet been filed on Petitioner's civil habeas docket. ECF No. 13. Accordingly, the Court granted Respondent's motion for waiver of Petitioner's attorney-client privilege. *Id.* at 2.

On January 12, 2016, Respondent notified the Court that Petitioner had in fact filed a Statement of Opposition or Non-Opposition on September 8, 2015, but that Petitioner's Statement had only been filed in the docket of Petitioner's underlying criminal case and not in Petitioner's accompanying civil habeas docket. *See* 09-CR-00586-LHK-1, ECF No. 65. In Petitioner's Statement, Petitioner "agree[d] to waive his attorney client privilege . . . in regard with the issues rised [sic] in his [§ 2255] Motion." *Id.* at 1. This Statement is fully in accord with the Court's October 16, 2015 Order, where the Court determined that "Petitioner ha[d] waived the attorney-client privilege as to any matters encompassed by Petitioner's claims in Petitioner's § 2255 Motion." ECF No. 13 at 2. Because Petitioner's Statement and the Court's October 16, 2015 are entirely consistent with one another, the Court hereby AFFIRMS its October 16, 2015 Order granting Respondent's motion for waiver of Petitioner's attorney-client privilege.

Additionally, Respondent observes that, on November 5, 2015, Petitioner sent Respondent a letter "to inquire about the status of" Petitioner's Statement of Opposition or Non-Opposition. ECF No. 15 at 3. Based on this November 5, 2015 letter, it appears that, as of November 5, 2015, Petitioner had not received confirmation that his Statement had been filed and had not received a copy of the Court's October 16, 2015 Order. With respect to the Court's October 16, 2015 Order, the Clerk filed a certificate of service on October 16, 2015. ECF No. 13-1. The Clerk shall do the same with respect to the instant Order.

**IT IS SO ORDERED.**

Dated: January 20, 2016

_____
LUCY H. KOH
United States District Judge

2
Case No. 14-CV-04679-LHK
Case No. 09-CR-00586-LHK-1
ORDER AFFIRMING OCTOBER 16, 2015 ORDER WAIVING ATTORNEY-CLIENT PRIVILEGE